IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JASON BETTS,  )
            )
       Petitioner,  )
            )  Civil Action No. 04-370 Erie
   v.       )
            )
UNITED STATES BUREAU OF  )
PRISONS,    )
            )
       Respondent.  )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on December 20, 2004 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on June 3, 2005, recommended that the petition for writ of habeas corpus be dismissed for failure to prosecute. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at FCI McKean, where he is incarcerated, and on Respondent. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 29th day of July, 2005;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED for failure to prosecute.

The Report and Recommendation of Magistrate Judge Baxter, filed on June 3, 2005, is adopted as the opinion of the Court.

                             s/   Sean J. McLaughlin
                                  United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge